**Jon DREUITT, Plaintiff—Appellant,**

v.

**Abdul JAMALUDEEN, Medical Doctor; Beth Holcomb, Registered Nurse, Medical Department Supervisor, Defendants—Appellees.**

No. 07–7342.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2008.

Decided: Aug. 7, 2008.

Jon Dreuitt, Appellant Pro Se. John David McChesney, Elizabeth Martin Muldowney, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jon Dreuitt appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dreuitt v. Jamaludeen,* No. 3:06–cv–00061–JRS (E.D.Va. Aug. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*